IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01998-MSK-OES

JERRY D. ROBBINS, individually, and
JERRY D. ROBBINS, for Himself and All Others Similarly
Situated Shareholders of Universal Solutions, Inc.,

        Plaintiffs,

v.

UNIVERSAL SOLUTIONS, INC., a Colorado corporation, and
MICHAEL R. MOORE, inividually,

        Defendants.

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **November 15, 2005 at 1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

Counsel shall be prepared to discuss the Suggestion of Bankruptcy **(#4)** filed on November 1, 2005 by Defendant Michael R. Moore.

DATED this 8th day of November, 2005.

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge