IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01998-MSK-OES

JERRY D. ROBBINS, individually, and
JERRY D. ROBBINS, for Himself and All Others Similarly
Situated Shareholders of Universal Solutions, Inc.,

      Plaintiffs,

v.

UNIVERSAL SOLUTIONS, INC., a Colorado corporation, and
MICHAEL R. MOORE, individually,

      Defendants.

_____

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**
_____

THIS COURT, having reviewed the parties' *Stipulated Motion for Extension of Time to File Answer or Otherwise Respond to Complaint* **(#6)**, the Court file, hereby GRANTS the *Stipulated Motion* and orders that Defendant Universal Solutions, Inc. shall have an extension of time of 18 days, up to and including November 28, 2005, to file/serve an Answer or other responsive pleading to the Complaint.

DATED this 14th day of November, 2005.

                                                    **BY THE COURT:**

                                                  */s/ Marcia S. Krieger*
                                                  _____

                                                  Marcia S. Krieger
                                                  United States District Judge