IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01998-MSK-OES

JERRY D. ROBBINS, individually, and
JERRY D. ROBBINS, for Himself and All Others Similarly
Situated Shareholders of Universal Solutions, Inc.,

    Plaintiffs,

v.

UNIVERSAL SOLUTIONS, INC., a Colorado corporation, and
MICHAEL R. MOORE, individually,

    Defendants.
_____

**ORDER**
_____

After consideration of the *Request for Participation by Telephone in Hearing on Law and Motion Calendar* **(#9)** (the "Request") filed by FOX ROTHSCHILD LLP, bankruptcy attorneys for MICHAEL R. MOORE, a named defendant in the above captioned matter, the Request is hereby granted. Counsel may appear at the hearing to address the Suggestion of Bankruptcy (#4) filed on November 1, 2005, by Defendant Michael Moore scheduled for November 15, 2005, at 1:30 p.m. by telephone.

DATED this 15th day of November, 2005.

                                              **BY THE COURT:**

                                              */s/ Marcia S. Krieger*
                                              _____

                                              Marcia S. Krieger
                                              United States District Judge