IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01998-MSK-MEH

JERRY D. ROBBINS, individually, and
JERRY D. ROBBINS, for Himself and All Others Similarly
Situated Shareholders of Universal Solutions, Inc.,

        Plaintiffs,

v.

UNIVERSAL SOLUTIONS, INC., a Colorado corporation, and
MICHAEL R. MOORE, individually,

        Defendants.

---

## ORDER DISMISSING CASE

---

THIS MATTER comes before the Court on the Parties' Stipulation for Dismissal with Prejudice (**#32**). The Court, having reviewed the Stipulation for Dismissal executed by the parties to this action does hereby **DISMISS** this action with prejudice, each party to pay its own costs and attorneys' fees. The clerk shall close the case.

DATED this 23rd day of March 2006.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge